# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 19, 2023

## NO. 03-22-00409-CV

**Christine Marie Richey, Individually and as Trustee of the Sherrell J. Pflueger Revocable Trust, Appellant**

**v.**

**Christopher Brouse, Appellee**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on May 31, 2022. Having reviewed the record, the Court holds that Christine Marie Richey, Individually and as Trustee of the Sherrell J. Pflueger Revocable Trust has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.